## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LORI SUBER,

   Plaintiff,

-vs-                           CASE NO.:  8:18-CV-01168-SCB-AAS

NISSAN MOTOR ACCEPTANCE
CORPORATION,

   Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, LORI SUBER, and the Defendant, NISSAN MOTOR ACCEPTANCE CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 5th day of September, 2018.

| | |
|---|---|
| */s/Jason R. Derry* | */s/ Joseph A. Apatov* |
| Jason R. Derry (FL Bar # 36970) | Joseph A. Apatov, Esquire |
| MORGAN & MORGAN, TAMPA, P.A. | Florida Bar No.: 93546 |
| One Tampa City Center | McGlinchey Stafford |
| 201 North Franklin Street, 7th Floor | 1 East Broward Boulevard, Suite 1400 |
| Tampa, Florida 33602 | Fort Lauderdale, FL 33301 |
| Telephone:  (813) 223-5505 | Telephone:  (954) 356-2501 |
| jderry@forthepeople.com | Facsimile:  (954) 252-3808 |
| Attorney for Plaintiff | japatov@mcglinchey.com |
| CHRISTINA KANG | mnew@mcglinchey.com |
| | *Attorney for Defendant* |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:   Joseph Apatov, Esq., McGlinchey Stafford, One E Broward Blvd, Ste 1400, Fort Lauderdale, FL   33301 (japatov@mcglinchey.com and jruiz@mcglinchey.com).


<u>***/s/Jason R. Derry***</u>
Jason R. Derry (FL Bar # 36970)
Attorney for Plaintiff